$50.00

# $8463700852~~

___ FEE PAID

___ FEE NOT PAID
    (SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 26 2007

AT ___ U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Riverdale Baptist Church, Inc. et al          *

         **Plaintiff(s)**                *

            Case No.: JFM 06 CV 2796

         vs.                              *

Anne Arundel County et al                     *

         **Defendant(s)**
                     ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, H. Robert Showers, am a member in good standing of the bar of this Court. My bar number is 22836. I am moving the admission of Roman P. Storzer to appear *pro hac vice* in this case as counsel for Plaintiffs Riverdale Baptist Church, Inc. et al.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Maryland Court of Appeals | 12/19/96 |
| D.C. Court of Appeals | 11/27/98 |
| U.S. Supreme Court | 5/22/00 |
| District of the District of Columbia | 5/5/03 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or  N/A                              , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| H. Robert Showers | Roman P. Storzer |
| Printed Name | Printed Name |
| Simms Showers, LLP | Storzer & Greene, P.L.L.C. |
| Firm | Firm |
| 305 Harrison St. SE Leesburg, Va. 20175 | 1025 Connecticut Ave NW #1000, Washington DC 20011 |
| Address | Address |
| 703-771-4671 | 202-857-9766 |
| Telephone Number | Telephone Number |
| 703-771-4681 | 202-315-3996 |
| Fax Number | Fax Number |

*****************************************************************************

## ORDER

☐ GRANTED    ☒ DENIED   Local Rule 101.1.b

March 1, 2007                    *(signature)*
Date                             Clerk, United States District Court