

**JOHN E. HARMS, JR. & ASSOCIATES, INC.**
*engineers • planners • surveyors*

May 22, 2009

Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, MD 21401

Attention:   Andy Murray

Reference:   Riverdale Baptist Church
             Proposal No. D-7527

Dear Mr. Murray,

In accordance with your request, we submit our proposal to provide planning and engineering services on the referenced project.

It is our understanding that the scope of services shall cover the following:

**Task 1.a**

Identify alternate sites on which the Riverdale Baptist Church could build the Bay Area Christian Academy. For the search criteria, the properties shall:

- Be located in Anne Arundel County within the same radial distance from the Riverdale Baptist Church (1177 Largo Road, Upper Marlboro, MD 20774) to the current proposed site known as the Felgenhauer Property (1169 Wrighton Road, Lothian, MD 20711).
- Be zoned RA.
- Have direct access from an arterial road.
- Be of adequate size to support the current development program (academy, baseball field, and soccer field), on-site forest conservation, and storm water management.
- Have soils suitable for a septic system.
- Have limited environmental constraints that would hinder development.

**Task 1.b**

Prepare schematic development layouts for a maximum of 5 alternate sites that best meet the criteria identified in Task 1.a. The schematic layouts will show existing forest, wetlands, floodplains, steep slopes (per AA County code definition), environmental buffers and widths, the school, the ball fields, vehicular circulation, parking, zoning setbacks and widths, potential forest conservation areas, and potential SWM areas. Existing conditions for these sites shall be compiled from publicly available information including publicly

Anne Arundel County Office of Law
Andy Murray
May 22, 2009
Page 2

available property deeds/plats, Anne Arundel County topography, MDE wetland maps, FEMA floodplains and aerial photographs available on common internet mapping websites. The scale of the layouts will be appropriate for the level of detail of the schematic layouts, but not larger than 1"=100'.

**Task 2**
Prepare a draft report that covers the analysis performed under Task 1. Respond to comments and prepare a final report.

**Task 3**

Prepare for and attend up to three (3) court hearings.

**It is estimated but not guaranteed** that the fee will be as follows:

| Task | Role | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Task 1.a | principal | 20 hrs | @ | $230 per hour | $ 4,600.00 |
|  | planner | 100 hrs | @ | $ 95 per hour | $ 9,500.00 |
| Task 1.b | principal | 10 hrs | @ | $230 per hour | $ 2,300.00 |
|  | planner | 100 hrs | @ | $ 95 per hour | $ 9,500.00 |
| Task 2 | principal | 8 hrs | @ | $230 per hour | $ 1,840.00 |
|  | Planner | 32 hrs | @ | $ 95 per hour | $ 3,040.00 |
| Task 3 | principal | 24 hrs | @ | $230 per hour | $ 5,520.00 |
|  | Planner | 24 hrs | @ | $ 95 per hour | $ 2,280.00 |
|  |  |  |  | **Total:** | **$38,580.00** |

Since out of pocket expenses such as mileage, plots, copies, deliveries, postal services, and facsimile transmittals cannot be adequately estimated at this time, these costs are not included in the estimated fee and will be reimbursed additionally at direct cost.

All of the above scope items will be prepared in accordance with the municipal agency criteria and policies in effect at the time of this proposal.

Additional meetings and other services outside of the scope as outlined above will be provided on the basis of the rate schedule attached herewith plus direct reimbursement for plots, copies, mileage, and other out of pocket expenses. Out of scope services shall be reimbursed separately as "Additional Services" with the items requested and corresponding fees specifically identified in the invoices.

This fee shall remain effective through December 31, 2009. If the project is delayed by other than John E. Harms, Jr. & Associates, Inc., the fee for the incomplete portion of the work is subject to renegotiation to account for inflation.



JOHN E. HARMS, JR. & ASSOCIATES, INC.
*engineers • planners • surveyors*

Invoices will be rendered on a periodic basis and considered due when rendered.

**The attached Exhibit A "General Provisions" is hereby made a part of this proposal.**

Please indicate your acceptance by having the appropriate officer or partner:

1. Sign this Proposal and
2. Sign the Exhibit A – General Provisions in the spaces provided

and return <u>both</u> signed copies for our files.

Very truly yours,

JOHN E. HARMS, JR. & ASSOCIATES, INC.

Kevin J. McCormick
President

James J. Buchheister
Project Manager

KJM/JJB/paw
Enclosures
D-7527

Dell 4600-2\Projects\Riverdale Baptist Church\Proposals\Scope of Services D-7527 bjj 052209

Accepted By: _____ Date: _____
(Firm Name-Please Print):

_____
(Name and Title-Please Print:)

_____
SIGNATURE

JOHN E. HARMS, JR. & ASSOCIATES, INC.
HARMS
*engineers • planners • surveyors*

## Exhibit A

### GENERAL PROVISIONS

1. **Acceptance Period**

    John E. Harms, Jr. & Associates, Inc., (hereafter referred to as "Harms and Associates") hereby agrees that this proposal shall remain effective for a period of 90 days. Acceptance of the conditions stated herein after the end of that period shall be valid only if affirmed in writing by Harms and Associates.

2. **Limitations of Liability**

    It is understood that Harms and Associates, has no liability arising from this proposal or the work involved, except insofar as it may be liable for its own negligent acts or the negligent acts of its employees. Liability of Harms and Associates if any, for back charges arising from these acts is wholly dependent upon notification of Harms and Associates no later than a time, prior the initiation of corrective work, which is reasonably sufficient to enable Harms and Associates to assess and monitor the intended omission or other professional negligence liability and will be limited to a sum not to exceed $50,000 or Harms and Associates' fee whichever is lesser.

    Should Harms and Associates be requested to design a storm water management facility, it will design such a facility in accordance with applicable regulations in place at that time. However, Harms and Associates does not guarantee a storm water management facility against failure of any kind.

    For the convenience of clients, Harms & Associates often arranges for the third party services beyond its expertise. Since Harms & Associates does not have the specific expertise for these services and is subcontracting this work to facilitate the work for the client, it makes no representations concerning delivery, quality, or sufficiency of the third Party services provided thereby. By acceptance of this contract/Change Order, Client agrees Harms & Associates is not liable for damages incurred as a result of third party services except for subcontractors hired by Harms and Associates to perform part of its contract scope.

3. **Time**

    Although it is the policy of Harms and Associates to complete all engineering, planning, and surveying services in a timely manner, there is no guarantee expressed or implied as to when work will be completed or when plans will be reviewed or approved by the applicable governing agencies.

4. **Payment**

    Invoices shall be rendered on a periodic basis and are considered due when rendered. If fees are not paid within (30) days from the date of billing, Harms and Associates reserves the right to pursue all appropriate remedies, including stopping of work and retaining all data and drawings, without recourse.

    Invoices remaining unpaid for more than thirty (30) days shall be subject to a service charge of 1 1/2% (one and one-half per cent) per month, a maximum rate of 18% (eighteen per cent) per annum. The service charge shall apply until the unpaid amount, including service charge, is paid in full. Failure to pay invoices on time may be considered a delay caused by the Client.

    Client acknowledges that if they have any questions on the invoice, the client agrees to call the project manager within five working days of receipt of the invoice. Failure to call within this period acknowledges that the invoice is correctly rendered to the client and therefore payable within the prescribed time.

5. **Notice to Stop Work**

    It is understood that once work is initiated in accordance with the terms of the proposal, the Client or its duly authorized agent may order the work stopped, in writing to Harms and Associates. The Client hereby agrees to pay for all work completed and expenses incurred up to and including the day work is stopped in accordance with written notice.

    Upon work stoppage or delay caused by the Client, public agencies or causes beyond the control of Harms and Associates, Harms and Associates reserves the right to renegotiate the terms of the proposal.

6. **Claims**

    In the event it becomes necessary for Harms and Associates to take legal actions for the purpose of collecting fees which become due as a result of work performed in conjunction with this proposal, the Client agrees to pay all attorney fees, legal and other costs incurred by Harms and Associates as a result of these legal actions.

    The laws of Maryland shall govern regarding this agreement and any state or federal court in Maryland shall have jurisdiction of any suit, action, or proceeding related to this agreement.

    The client shall make no claim for professional negligence, either directly or by way of a cross complaint against the Consultant, unless the Client has first provided the Consultant with a written certification executed by an independent consultant currently practicing in the same discipline as the Consultant and licensed in the State of Maryland.

    This certification shall: (a) contain the name and license number of the certifier; (b) specify the acts or omissions that the certifier contends are not in conformance with the standard of care for a consultant performing professional services under similar circumstances; and (c) state in detail the basis for the certifier's opinion that such acts or omissions do not conform to the standard of care.



JOHN E. HARMS, JR. & ASSOCIATES, INC.
*engineers • planners • surveyors*

This certificate shall be provided to the Consultant not less than thirty (30) calendar days prior to the presentation of any claim or the institution of any arbitration, mediation, or judicial proceeding. This <u>Certificate of Merit</u> clause will take precedence over any existing state law in force at the time of the claim or demand for arbitration.

7. **Existing Conditions**

    The proposal is based on regulations, policies and requirements that are in effect at the time the proposal was prepared. Changes that occur after the proposal date may require renegotiation of the fee.

8. **Standard of Care**

    In connection with the services performed hereunder, Harms and Associates will use that degree of care and skill ordinarily exercised under similar conditions by reputable members of the engineering profession practicing in the same or similar locality. No other warranty, expressed or implied, is made or intended by the proposal for consulting services or by Harms and Associates furnishing oral or written reports.

9. **Ownership of Documents**

    All documents, including, but not limited to, drawings, specifications reports, field notes, calculations and estimates, prepared by Harms and Associates as instruments of service pursuant to this Agreement shall be the sole property of Harms and Associates. The Client agrees that all documents of any nature furnished to the Client or the Client's agents or designees, if not paid for, will be returned upon demand and will not be used by the Client for any purpose whatsoever. The Client further agrees that under no circumstances shall any documents produced by Harms and Associates pursuant to this Agreement, be used at any location or for any project not expressly provided for in this Agreement without the written permission of Harms and Associates.

10. **Work Product of Others**

    Harms and Associates shall not be responsible for inaccuracies or errors in work product of others supplied by the Owner and/or other sources in conjunction with the project. Work product of others includes, but is not limited to, boundary and topographic surveys, computations, reports, estimates of cost, and professional opinions.

    Harms and Associates is further not responsible for obtaining permission of others to use their work product in completion of the project. The Client is responsible for obtaining permission to use work product of others, and Harms and Associates will presume the Client has permission to use that work product if he provides and/or causes to be provided work product of others to Harms and Associates.

    Harms and Associates is not responsible for inefficiencies and/or delays related or caused by the inaccuracy or errors of work product of others.

11. **Safety**

    Should Harms and Associates provide construction observations or monitoring services at the job site during construction, Client agrees that, in accordance with generally accepted construction practices, the Contractor will be solely and completely responsible for working conditions on the job site, and that these requirements will apply continuously and not be limited to normal working hours. Any monitoring of the Contractors procedures, conducted by Harms and Associates is not intended to include review of the adequacy of the Contractors safety measures in on, adjacent to, or near the construction site.

12. **Record Drawings**

    Upon completion of the work, Harms and Associates shall, if required and included in the proposal, compile and deliver to the Owner, a set of record documents conforming to the construction records for the Contractor, as provided to Harms and Associates. This set of documents shall consist of the corrected plans showing the reported locations of work. While the information submitted by the Contractor and incorporated by Harms and Associates into the record, may be assumed to be reliable, Harms and Associates will not be responsible for the accuracy of this information or for the errors or omissions which may appear in the record documents as a result thereof.

13. **Estimates of Construction Quantities and Cost**

    Estimates of earthwork quantities are provided solely for the purpose of calculating permit fees. Since final earthwork quantities are based on many conditions over which Harms and Associates has no control including accuracy of standard methods of calculations, variability of soils, allowable survey and construction tolerances, and compaction ratios, Harms and Associates does not guarantee the accuracy of these estimates.

    Contractors should be required by the Owner to provide their own estimate of quantities in their respective bids.

    Since Harms and Associates has no control over the actual cost of labor, materials, equipment, or over the Contractor's method of determining prices, competitive bidding, or market conditions, estimates of construction costs shall be made on the basis of unit prices provided by the Owner or Municipality, available records, and experience. These estimates represent the best judgment as a design professional familiar with the construction industry. However, Harms and Associates, cannot and does not guarantee that proposals, bids, or the construction cost will not vary from the estimated cost prepared by the firm.



JOHN E. HARMS, JR. & ASSOCIATES, INC.
*engineers • planners • surveyors*

14. **Definition of Construction Review**

    Construction review shall consist of visual observations of materials, equipment, or construction work for the purpose of ascertaining that the work is in substantial conformance with the contract documents and with the design intent. Such review shall not be relied upon by others as acceptance of the work, nor should it be construed to relieve the Contractor in any way from his obligations and responsibilities under the construction contract.

    In the event Harms and Associates is not retained for construction review it is agreed that the Owner will defend, indemnify and hold harmless Harms and Associates from any claim or suit whatsoever, including but not limited to all payments, expense or costs involved, arising from or alleged to have arisen from the Contractor's performance or the failure of the Contractor's work to conform to the design intent and the contract documents.

15. **Permits/Approvals/Taxes**

    Harms and Associates shall assist the Client in applying for and obtaining permits and approvals normally required by law. This assistance shall not extend, however, to the preparation of research studies, special documentation, special tests (unless specifically included in the proposal), which services, if required, shall be compensated for as "Additional Services."

    It has been Harms and Associates' experience that unanticipated problems arise in a normal course of development of property. Accordingly, the client should make provision for unanticipated problems, some of which may require services in addition to those set forth herein. Harms and Associates does not guarantee approvals by any County or other agency.

    This proposal does not include a provision for sales taxes or other taxes that may be assessed on services rendered.

16. **No Backup for Reimbursable**

    Due to the clerical cost of accumulating, copying and refilling reimbursable receipts and documents, no backup data or copies of bills will be provided for reimbursable expenses invoiced under this agreement. Should backup data be requested, it will be provided for an administrative fee of $100 per invoice requiring verification, plus $1.00 per cost item supplied.

17. **Job Cancellation Fee**

    In order to take this project, Harms and Associates has forgone potentially significant revenues from other projects. Therefore, if this project is cancelled by the client, a cancellation fee of 10% of the remaining fee will be immediately due and payable.

18. **Project Restart Fee**

    Because of substantial costs incurred by Harms and Associates to stop and restart a project once it is underway, should this project's be halted at any time for 30 or more days by the client, for any reason, a project restart fee of 10% of the total fee earned to date, will be due and payable immediately. Failure to pay invoices within 60 days of invoice date may be construed as halted by the client.

19. **ADA Compliance**

    The Americans with Disabilities Act (ADA) provides that it is a violation of the ADA to design and construct a facility that does not meet the accessibility and usability requirements of the ADA unless it can be demonstrated that it is structurally impractical to meet such requirements. The Client understands that the requirements of the ADA is subject to various and possibly contradictory interpretations. Harms and Associates, therefore, will use its reasonable professional efforts and judgment to interpret applicable ADA requirements and other federal, state and local laws, rules, codes, ordinances and regulations as they apply to the Project. Harms and Associates, however, does not warrant or guarantee that the Client's Project will comply with all interpretations of ADA requirements and/or requirements of other federal, state and local laws, rules, codes, ordinances and regulations as they apply to the Project.

JOHN E. HARMS, JR. AND ASSOCIATES, INC.

Accepted by: Kevin J. McCormick, P.E.

Title: President

Date: May 22, 2009

Accepted by: _____

Title: _____

Date: _____



JOHN E. HARMS, JR. & ASSOCIATES, INC.
*engineers • planners • surveyors*

## JOHN E. HARMS, JR. & ASSOCIATES, INC.
## 2009 - STANDARD RATE SCHEDULE
## PASADENA OFFICE

| Role | Rate |
|---|---|
| Principal | $ 230.00/hour |
| Court/Hearing Testimony | $ 275.00/hour |
| Professional Engineer | $ 165.00/hour |
| Sr. Project Manager | $ 135.00/hour |
| Project Manager | $ 110.00/hour |
| Planner | $ 95.00/hour |
| Ecologist | $ 80.00/hour |
| Designer | $ 90.00/hour |
| Cad Operator | $ 75.00/hour |
| Inspection Supervisor | $ 85.00/hour |
| Inspector | $ 65.00/hour |
| Registered Surveyor | $ 135.00/hour |
| Survey Technician | $ 90.00/hour |
| 1-person Survey Crew/GPS/Robot | $ 110.00/hour |
| 2-person Survey Crew | $ 120.00/hour |
| 2-person Survey Crew/GPS/Robot | $ 150.00/hour |
| 3-person Survey Crew | $ 150.00/hour |
| Watchperson/Flagperson | $ 40.00/hour |
| Word Processor | $ 40.00/hour |
| Computer Usage | $ 30.00/hour |

Overtime <u>authorized by the client</u> to accelerate the project schedule will be billed at 1.5 x the above rates.

These rates remain effective through December 31, 2009.