**John E. Harms, Jr. & Associates, Inc.**
Post Office Box 5
Pasadena, MD 21123-0005
Phone 410-647-6000  Fax 410-544-8508

**HARMS**  JOHN E. HARMS, JR. & ASSOCIATES, INC.

Anne Arundel County Risk Management
Attn: John Eldridge
P.O. Box 6675
Annapolis, MD 21401

Terms: DUE ON RECEIPT

PROJECT NAME: Riverdale Baptist Church
PROJECT NUMBER: 0409004A

Invoice Number 64325
June 3, 2009
Page 1 of 1

Purchase Order # 126 169 O Z

*Handwritten annotations: "Enter as Payment in Stars.", "Entered into Stars 6/9/09", "880291 JUN -8", "Need to Receive", "07-0280.", "To Finance 6/11/09", "Illegal/RYP"*

Requisition #1

| Task1.a | Authorized Hours | Hours Billed This Invoice | Hours Billed to Date | Hours Remaining | Original Authorization | Previously Billed | Amount Billed This Invoice |
|---|---|---|---|---|---|---|---|
| Principal @ $230.00 | 20 | 13 | 13 | 7 | $ 4,600.00 | $ - | $ 1,140.00 |
| Planner @ $95.00 | 100 | 12 | 12 | 88 | $ 9,500.00 | $ - | $ 2,990.00 |
| | | | | | | | |
| Task1.b | | | | | | | |
| Principal @ $230.00 | 10 | 0 | 0 | 10 | $ 2,300.00 | $ - | $ - |
| Planner @ $95.00 | 100 | 0 | 0 | 100 | $ 9,500.00 | $ - | $ - |
| | | | | | | | |
| Task2 | | | | | | | |
| Principal @ $230.00 | 8 | 0 | 0 | 8 | $ 1,840.00 | $ - | $ - |
| Planner @ $95.00 | 32 | 0 | 0 | 32 | $ 3,040.00 | $ - | $ - |
| | | | | | | | |
| Task3 | | | | | | | |
| Principal @ $230.00 | 24 | 0 | 0 | 24 | $ 5,520.00 | $ - | $ - |
| Planner @ $95.00 | 24 | 0 | 0 | 24 | $ 2,280.00 | $ - | $ - |
| | | | | | | | |
| Totals | 318 | 25 | 25 | 293 | $ 38,580.00 | $ - | $ 4,130.00 |

TOTAL AMOUNT DUE THIS INVOICE    $ 4,130.00

\\Svctag-40n4tc1\Invoicing\Invoices\0409004A

Accounts over 30 days from invoice are subject to 1 1/2% per month service charge.